Argued 18 October, decided 31 October, 1904.

**ALLESINA *v.* LONDON & LANCASHIRE INS. CO.**

**ALLESINA *v.* NORWICH UNION ASSURANCE CO.**

78 Pac. 1117.

</div>

Appeal from Multnomah County.

These were actions by John Allesina against the above named fire insurance companies on certain policies of insurance. The general history of the cases appears in the report of *Allesina* v. *London Ins. Co.* 45 Or. 441 (78 Pac. 392). Defendant appealed in each case.    AFFIRMED.

For appellant there was a brief over the names of *Teal & Minor* and *T. C. Van Ness.*

For respondent there was a brief over the name of *Henry E. McGinn.*

PER CURIAM. The above entitled causes were submitted on the argument of the case of *Allesina* v. *London & Liverpool & Globe Ins. Co.* 45 Or. 441 (78 Pac. 392), and are controlled by the opinion rendered in that case. The judgments are therefore affirmed.    AFFIRMED.